**No. 63912.**—R. Moussaieff *v.* United States, protest 59/19167 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63913.**—New York Quinine & Chemical Works, division of S. B. Penick & Company *v.* United States, protest 59/19561 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63914.**—Fred B. Cooker Co., Inc., and F. J. Benkart & Co., Inc. *v.* United States, protest 273950–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

**No. 63915.**—Border Brokerage Company *v.* United States, protest 58/10122 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

**No. 63916.**—F. C. Mackay *v.* United States, protests 58/13983 and 58/17812 (Noyes).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 63917.**—William H. Miles *v.* United States, protest 59/10687 (New York).

Opinion by DONLON, J. The protest was dismissed.